Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
S. Mohammad Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

[Additional Attorneys Listed on Signature Page]

*Attorneys for Plaintiff,*
Pooria Inalou

Lauri A. Mazzuchetti, Esq. (*Pro Hac Vice*)
lmazzuchetti@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
200 Kimball Drive
Parsippany, NJ 07054
Telephone:   (973) 503-5900
Facsimile:    (973) 503-5950

[Additional Attorneys Listed on Signature Page]

*Attorneys for Defendant,*
ContextLogic, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **POORIA INALOU, individually and on behalf of all others similarly situated,**<br><br>PLAINTIFF,<br><br>V.<br><br>**CONTEXTLOGIC, INC.,**<br><br>DEFENDANT. | Case No: 2:14-cv-02960-SVW-SH<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>HON. STEPHEN V. WILSON |

HYDE & SWIGART
San Diego, California

Plaintiff POORIA INALOU, (hereinafter "Plaintiff") and Defendant CONTEXTLOGIC, INC. (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.

The Parties agree that this Court can proceed to dismiss this action entirely with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.  This Court retains jurisdiction to enforce the settlement of this action.

Dated: June 8, 2016                    **KAZEROUNI LAW GROUP, A.P.C.**

                                       By:  /s/ Abbas Kazerounian
                                            Abbas Kazerounian
                                            Attorneys for Plaintiff

[Additional Attorneys for the Plaintiff]:

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
Suren N. Weerasuriya, Esq. (SBN: 278521)
sweerasuriya@attorneysforconsumers.com
**LAW OFFICES OF TODD M. FRIEDMAN**
324 South Beverly Drive, Suite 725
Beverly Hills, CA 90212
Telephone:   (877) 206-4741
Facsimile:   (866) 633-0228


Dated: June 8, 2016                          **KELLEY DRYE & WARREN LLP**

                                             By:  /s/ Lauri A. Mazzuchetti
                                                  Lauri A. Mazzuchetti
                                                  Attorneys for Defendant


[Additional Attorneys for the Defendant]:

Lee S. Brenner, Esq. (SBN: 180235)
lbrenner@kelleydrye.com
Catherine D. Lee, Esq. (SBN: 258550)
CLee@kelleydrye
**KELLEY DRYE & WARREN LLP**
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067
Telephone:   (310) 712-6100
Facsimile:   (310) 712-6199


## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Lauri A. Mazzuchetti, counsel for Defendant, and that I have obtained Ms. Mazzuchetti's authorization to affix her electronic signature to this document.


Dated: June 8, 2016                          **KAZEROUNI LAW GROUP,**
                                             **A.P.C.**

                                             By:  /s/ Abbas Kazerounian
                                                  Abbas Kazerounian
                                                  Attorneys for Plaintiff