JS-6

FILED
CLERK, U.S. DISTRICT COURT
June 15, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: CR  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POORIA INALOU, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br>V.<br><br>CONTEXTLOGIC, INC.,<br><br>DEFENDANT. | Case No: 2:14-cv-02960-SVW-SH<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS<br><br>HON. STEPHEN V. WILSON |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the Putative Class.

IT IS SO ORDERED.

Dated: June 15, 2016

*[signature]*

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE